**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 4 2020

JAMES W. McCORMACK, CLERK
By: _____ CLERK
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 3:20CR 00019 DPM |
| | ) | |
| v. | ) | |
| | ) | |
| BELINDA LEWIS | ) | 18 U.S.C. § 2251 |
| JASON BREWER | ) | 18 U.S.C. § 2252(a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about September 8, 2019, in the Eastern District of Arkansas and elsewhere, the

defendants,

BELINDA LEWIS and
JASON BREWER,

employed, used, persuaded, induced, enticed, and coerced a minor (A.L.), to engage in sexually

explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having

reason to know that such visual depiction would be transported or transmitted using any means or

facility of interstate and foreign commerce, and such visual depiction has actually been transported

and transmitted in or affecting interstate and foreign commerce.

All in violation of Title 18, United State Code, Sections 2251(a) and 2251(e).

## COUNT 2

On or about September 25, 2019, in the Eastern District of Arkansas and elsewhere, the

defendant,

JASON BREWER,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign

commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## **FORFEITURE ALLEGATION ONE**

Upon conviction of Count One or Two of this Indictment, the defendants, BELINDA LEWIS and JASON BREWER, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.


(END OF TEXT.   SIGNATURE PAGE ATTACHED.)