UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 3:20CR00019-01 DPM |
| | ) | |
| BELINDA LEWIS | ) | |
| | ) | DEFENDANT |

## MOTION FOR DETENTION HEARING

Belinda Lewis, through her attorney, Assistant Federal Defender Tamera Deaver, moves this Court for a detention hearing and states as follows:

1. On June 04, 2020, a grand jury for the Eastern District of Arkansas returned an indictment charging Mrs. Lewis with an alleged violation of 18 U.S.C. § 2251(a) and 2251(e).

2. Mrs. Lewis appeared for arraignment on June 25, 2020, and at that time, reserved her right to a detention hearing at a later date.

3. At this time, Mrs. Lewis wishes to exercise her right to a detention hearing. As such, Mrs. Lewis requests that the Court set a detention hearing at its earliest convenience. If released, Mrs. Lewis will reside with Raymond Bartlett.

4. Mrs. Lewis requests that she be released on the least restrictive conditions that will reasonably assure her appearance and the safety of the community, including some combination of electronic monitoring, drug screens, and unannounced visits by pretrial services officers.

WHEREFORE, the Defendant, Belinda Lewis, respectfully requests that this Court grant her Motion and for all other just and appropriate relief.

Respectfully submitted,

LISA G. PETERS
FEDERAL DEFENDER

By: Tamera Deaver
Bar Number AR2010061
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
(501) 324-6113
E-mail: tamera_deaver@fd.org

For: Belinda Lewis, Defendant