UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | Case No. 3:20CR00019-1 DPM |
| | ) | |
| | ) | |
| BELINDA LEWIS | ) | |

## MOTION TO SUBSTITUTE COUNSEL

John C. Williams, Assistant Federal Public Defender, hereby requests that he be substituted as counsel for the defendant, replacing Assistant Federal Public Defender, Tamera Deaver, in the above captioned matter.

Respectfully submitted,

LISA G. PETERS
FEDERAL DEFENDER

By:   John C. Williams
      Bar Number 2013233
      Assistant Federal Defender
      The Victory Building
      1401 West Capitol Avenue, Suite 490
      Little Rock, AR 72201
      (501) 324-6113
      E-mail: john_c_williams@fd.org

For:  Belinda Lewis, Defendant